```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

STEPHEN RAY                                              PLAINTIFF

VS.                                 CIVIL ACTION NO. 3:08CV391TSL-JCS

NISSAN NORTH AMERICA, INC.                               DEFENDANT

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 16th day of June, 2009.

                                    /s/ Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE